IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STACEY D. FRANKLIN**  **PLAINTIFF**
**ADC # 153268**

v.  Case No. 5:18-cv-00160-KGB

**SUTTON, Corporal,**
**Barbara Ester Unit,** *et al.*,  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 31). Plaintiff Stacey D. Franklin has filed no objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court grants defendant Trevor M. Sutton's motion for summary judgment (Dkt. No. 27). The Court dismisses with prejudice the failure to protect claim against Mr. Sutton as alleged in Mr. Franklin's amended complaint (Dkt. No. 4). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge