# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STACEY D. FRANKLIN**  PLAINTIFF
**ADC # 153268**

v.  Case No. 5:18-cv-00160-KGB

**SUTTON, Corporal,**
**Barbara Ester Unit,** *et al.*,  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date and this Court's prior Order (Dkt. No. 26), it is considered, ordered, and adjudged that plaintiff Stacey D. Franklin's claims are dismissed. Mr. Franklin's failure to protect claim against defendant Trevor M. Sutton is dismissed with prejudice; Mr. Franklin's remaining claims are dismissed without prejudice. The relief requested is denied. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), a *in forma pauperis* appeal from these Orders and this Judgment would not be taken in good faith.

It is so adjudged this 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge